■ In the Matter of CHESTER PISAREK et al., Appellants, v. JOSEPH F. SIKORA, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Niagara County Court reversing the final order and warrant of eviction issued by the City Court Judge of Tonawanda,

908

on July 31, 1961, and dismissing the petition.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.